THE INDIANAPOLIS, PERU AND CHICAGO R. W. Co. *v.* NEGLEY.

SUPERIOR COURT.—*Supreme Court.—Assignment of Error.—Practice.*—Where no error is assigned in the superior court, in general term, on appeal thereto from special term, no question is presented to the Supreme Court, on appeal from the judgment of the general term affirming that of the special term.

From the Marion Superior Court.

*D. Moss*, for appellant.

*R. E. Smith*, for appellee

BIDDLE, J.—This case was tried at the special term, and a judgment rendered against the appellant.

An appeal was taken to the general term, wherein the judgment was affirmed. Appeal to this court. No error was assigned in the court below at the general term; there is, therefore, no question presented here. This practice is well settled.

The judgment is affirmed, at the costs of the appellant.